ENSIGN-BICKFORD REALTY CORPORATION *v.*
ZONING COMMISSION OF THE
TOWN OF SIMSBURY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17131) is granted, limited to the following issue:

"Is an appeal from a final judgment of the trial court rendered pursuant to General Statutes § 8-30g governing affordable housing land use appeals subject to the certification requirements of General Statutes § 8-8 (o)?"

The Supreme Court docket number is SC 15776.

*Brian R. Smith*, in support of the petition.

*Jean M. D'Aquila*, in opposition.

Decided September 24, 1997